IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARLENE HOGAN                                                                                      PLAINTIFF

VS.                                           CASE NO. 04-CV-1084

CITY OF EL DORADO, a subordinate political
entity in the State of Arkansas; BOBBY BEARD,
Mayor of the City of El Dorado, in his official and
individual capacities; FLOYD MCADOO, Fire
Chief, El Dorado Fire Department, City of El
Dorado, in his official and individual capacities;
ROBERT MCDANIEL, Assistant Fire Chief, El
Dorado Fire Department, City of El Dorado, in
his official and individual capacities; KENNETH
KING, Assistant Fire Chief, El Dorado Fire
Department, City of El Dorado, in his official and
individual capacities; and various JOHN DOES
of the City of El Dorado and the El Dorado Fire
Department, policy makers, supervisors, agents,
and/or employees, in their individual and
official capacities                                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Clarification of the Court's Order Denying as Moot Plaintiff's Motion for Expedited Protective Order. (Doc. No. 38). Plaintiff seeks a clarification of the Court's Order in that it did not address the Plaintiff's request for attorney fees, costs and expenses. Plaintiff claims that discovery misconduct on the part of the Defendants entitles her to attorney fees, costs and expenses in the amount of $1,200. If the Court had felt that attorney fees, costs and expenses were appropriate on either side it would have awarded them in its original order. It did not. Plaintiff's request for attorney fees, costs and expenses is hereby **denied**. However, the Court hereby puts both parties on notice that further

embroilment in discovery issues that rise to the level of needless delay will result in sanctions against the offending party.

    IT IS SO ORDERED, this 19th day of August, 2005.

                                                   /s/Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 United States District Judge