IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARLENE HOGAN                                                                              PLAINTIFF

VS.                                           CASE NO. 04-CV-1084

CITY OF EL DORADO, a subordinate
political entity in the State of Arkansas;
BOBBY BEARD, Mayor of the City of
El Dorado, in his official and individual
capacities; FLOYD MCADOO, Fire Chief,
El Dorado Fire Department, City of El
Dorado, in his official and individual
capacities; ROBERT MCDANIEL,
Assistant Fire Chief, El Dorado Fire
Department, City of El Dorado, in his
official and individual capacities; KENNETH
KING, Assistant Fire Chief, El Dorado Fire
Department, City of El Dorado, in his
official and individual capacities; and various
JOHN DOES of the City of El Dorado and the
El Dorado Fire Department, policy makers,
supervisors, agents, and/or employees, in their
individual and official capacities                                                        DEFENDANTS

## ORDER

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendants, City of El Dorado, Bobby Beard, Floyd McAdoo, Robert McDaniel and Kenneth King. (Doc. No. 44). Plaintiff Darlene Hogan has filed a response to the motion. (Doc. No. 48). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted** in part and **denied** in part. Defendants Bobby Beard, Floyd McAdoo, Robert McDaniel and Kenneth King are entitled to qualified

immunity on Plaintiff's § 1983 claims against them in their individual capacities. The claims against them in their individual capacities are hereby dismissed. All other issues raised in Defendants' Motion for Summary Judgment may be refiled after discovery has been conducted on these issues.

IT IS SO ORDERED, this 29th day of September, 2006.

   /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge